**STATE of Rhode Island**

v.

**Paul J. GAZERRO et al.**

**No. 77–338–C.A.**

Supreme Court of Rhode Island.

Sept. 11, 1980.

Dennis J. Roberts II, Atty. Gen., Joel D. Landry, Sp. Asst. Atty. Gen., for plaintiff.

John A. O'Neill, Jr., Providence, William M. Kunstler, New York City, for defendants.

## ORDER

The defendant's motion that we stay action in this appeal as prayed is denied.

BEVILACQUA, C. J., and DORIS, J., did not participate.

---

**STATE of Rhode Island**

v.

**Vincent GIORDANO.**

**No. 79–296–C.A.**

Supreme Court of Rhode Island.

Sept. 11, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Sp. Asst. Atty. Gen., for plaintiff.

Mark L. Smith, Woonsocket, for defendant.

## ORDER

Pursuant to the State's stipulation, the defendant's conviction is hereby vacated, and this case is remanded to the Superior Court for a jury trial.

BEVILACQUA, C. J., and DORIS, J., did not participate.